UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
APRIL ROSE,

                        Plaintiff,                    **ORDER**

     -against-                             23-cv-3319 (AEK)

WAL-MART STORES EAST, INC.,

                        Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The parties have filed their various pretrial submissions as ordered by the Court. *See* ECF Nos. 29-34. The proposed joint pretrial order, ECF No. 29, and the proposed *voir dire*, ECF No. 30, clearly have been prepared by both parties together as required by the Court's Individual Practices and Trial Order (ECF No. 26). But it appears that neither the proposed jury instructions nor the proposed verdict form have been jointly prepared as required. Rather, with respect to the proposed jury instructions, two different versions have been filed, one of which purports to be Plaintiff's version, ECF No. 33, and one of which purports to be a joint version, but which appears to have been prepared by Defendant alone, ECF No. 34. Similarly, two versions of a proposed verdict form have been filed, neither of which indicates which party prepared it. ECF Nos. 31, 32. The parties have apparently left it to the Court to compare the different documents that have been filed and determine the extent to which the parties agree with, or object to, each other's proposed jury instructions and proposed verdict forms. This the Court will not do.

      The parties are hereby ordered to re-submit their proposed jury instructions and proposed verdict form in accordance with the Court's Individual Practices—as jointly prepared documents,

including within the jointly prepared document (as footnotes, comments, or even in-line text) any objections that either party has to any proposed jury instructions or verdict form questions.  *See* Section 6.C of the Court's Individual Practices, available at https://nysd.uscourts.gov/hon-andrew-e-krause.  The parties must file their revised submissions by no later than **April 9, 2025**.

Dated: April 2, 2025
       White Plains, New York

                                        **SO ORDERED.**

                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge